# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL A. GALLUZZO,

        Petitioner,   :   Case No. 3:17-cv-218

- vs -          District Judge Thomas M. Rose
         Magistrate Judge Michael R. Merz

STATE OF OHIO, et al.,

                      :

        Respondents.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 16) to the Magistrate Judge's Report and Recommendations (ECF No. 15).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 2, 2017.                                       *s/ Thomas M. Rose*

                                                           _____
                                                               Thomas M. Rose
                                                          United States District Judge