# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Michael A. Galluzzo,**

    *Petitioner,*

                 Case No. 3:17-cv-218

v.                   Judge Thomas M. Rose

                  Magistrate Judge Michael R. Merz

**State of Ohio, et al.,**

    *Respondent.*

---

**DECISION AND ENTRY ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE MERZ (ECF 26), OVERRULING PETITIONER'S OBJECTIONS (ECF 27) TO MAGISTRATE'S REPORT AND RECOMMENDATIONS, (ECF 26), DENYING PETITIONER'S SECOND MOTION FOR RECONSIDERATION. (ECF 25).**

---

On March 14, 2018, Magistrate Judge Michael R. Merz filed a Report and Recommendation, (ECF 26), suggesting that the Court deny Petitioner Michael A. Galluzzo's Second Motion for Reconsideration. (ECF 25). On March 23, 2018, Petitioner filed Objection to the Magistrate's Report and Recommendations. (ECF 27).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case, taking into consideration both of Petitioner's objections. Upon said review, the Court finds that Plaintiff's Objection, (ECF 27), to the Magistrate Judge's Report and Recommendations, (ECF 26), is not well taken and is hereby **OVERRULED**. Wherefore, the Court **ADOPTS IN FULL** the Magistrate Judge's Report and Recommendations. (ECF 26). Petitioner's Second Motion for Reconsideration, (ECF 25), is

hereby **DENIED**.

    **DONE** and **ORDERED** this Wednesday, March 28, 2018.

                                                           s/Thomas M. Rose
                                        _____
                                               THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE